UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MOUNTAINEERS FOUNDATION,

Plaintiff,

v.

THE MOUNTAINEERS,

Defendants.

Case No. C19-1819 RSL-TLF

ORDER RE: ELECTRONIC DISCOVERY MEET-AND-CONFER

This matter comes before the Court on plaintiff's Motion for Entry of ESI Order (Dkt. 22) and Motion for Protective Order (Dkt. 24). Plaintiff's requested oral argument on both motions. Dkt. 22, 24. Defendant filed a response (Dkt. 27) and plaintiff filed a reply (Dkt. 32, 33). The Court held oral argument on March 13, 2020.

Pursuant to the March 13, 2020 Oral Argument, and under Fed. R. Civ. P. 26, the Court ORDERS:

- The parties are directed to consult with the vendors and/or in-house experts that the parties will use for ESI discovery, and meet-and-confer regarding:
    - the reality of whether there are technology options that would enable the parties to preserve metadata while producing documents in native format, and
    - whether the discovery platform the parties intend to use would allow native format documents to be preserved in place, and collected using

ORDER RE: ELECTRONIC DISCOVERY MEET-AND-CONFER - 1

search methodologies; while also being able to produce discoverable documents and data compilations in a format that can be Bates stamped, or otherwise numbered in a sequence that allows the parties to track the discovery.

- The parties are directed to meet-and-confer about ways in which the parties may limit the date ranges needed and take a sample of volunteers within those certain date ranges in order to assess a reasonable cost approach that is consistent with proportionality.

- The parties are directed to meet-and-confer to determine attorney eyes only criteria for volunteer and donor private information as well as criteria for downgrading from attorney eyes only that can be applied to the volunteers and separately applied to donors.

- The parties are further directed to establish criteria to identify individuals who are in positions of authority in the top organizational tier of the nonprofit entities, individuals beyond the lawyers, who could review the names and provide feedback and information about the involvement of any specific volunteer or donor in the organization.

Dated this 24th day of March, 2020.

Theresa L. Fricke
United States Magistrate Judge

ORDER RE: ELECTRONIC DISCOVERY MEET-AND-CONFER - 2