Honorable Judge Theresa L Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOUNTAINEERS FOUNDATION, a Washington public benefit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>THE MOUNTAINEERS, a Washington non-profit corporation,<br><br>    Defendant. | No.: 2:19-cv-01819-RSL-TLF<br><br>STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>NOTE ON MOTION CALENDAR: AUGUST 14, 2020 |

## I. INTRODUCTION

Pursuant to Fed. R. Civ. P. 16(b)(4), Plaintiff Mountaineers Foundation ("Plaintiff" or "The Foundation") and Defendant The Mountaineers ("Defendant" or "The Mountaineers") respectfully request that this Court extend each of the outstanding deadlines included in the Court's Scheduling Order (ECF No. 21) for a period of six (6) months in order to accommodate a number of unexpected and unforeseen delays introduced into this matter due the spread of the novel coronavirus and disputes between the Parties regarding the appropriate manner in which to exchange confidential and electronically-stored information.

## II. BACKGROUND AND GROUNDS FOR RELIEF

In February of 2020—before the true extent of the COVID-19 pandemic was known—the Parties worked diligently to assist the Court to develop what they believed to be a workable

STIPULATED MOTION TO MODIFY SCHEDULING ORDER
(2:19-CV-01819) - 1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

scheduling order. However, at that time, the Parties could not have anticipated the course that discovery would take in this matter. As the Court is aware, the Parties had a number of disagreements regarding the manner in which electronically-stored information should be exchanged, and the appropriate level of confidentiality that should be afforded to certain donor-related information. Ultimately, these disputes could not be resolved without the assistance of this Court and multiple hearings on each subject, starting in February and concluding upon the entry of this Court's ESI and Protective Orders on May 5, 2020. This four-month delay in discovery, undermined a number of the assumptions upon which the initial Scheduling Order relied, including the ability to begin the discovery process in February, 2020. Those assumptions were undermined even further when the Parties began to negotiate the terms of those Orders, including the appropriate search terms to use in connection with the search for, collection of, and disclosure of electronically-stored information. Agreement upon search terms was not reached until August 4, 2020. As a result, no discovery has been exchanged between the Parties and no exchange is anticipated until at least August 21, 2020.

This case was also uniquely affected by the COVID-19 outbreak. Much of this case may be decided upon the testimony of individuals who were present on the date of the formation of the Mountaineers Foundation in 1968. These individuals, due to their age, have been rendered especially vulnerable to the virus. Although the Parties have been working diligently to negotiate protocols that will allow for the deposition of these individuals to take place safely, an appropriate method has not yet be agreed to. That delay has only be compounded by the fact that some relevant witnesses have disabilities, such as blindness, that render traditional practices associated with depositions, such as the review and authentication of documents without third-party facilitators that might place them at risk for exposure to COVID-19, difficult. As a result, only one individual has been deposed.

These unprecedented circumstances also have important implications for the Parties' upcoming deadlines to submit their expert reports, the first of which falls on August 21, 2020: the

STIPULATED MOTION TO MODIFY SCHEDULING ORDER
(2:19-CV-01819) - 2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

date the Parties expect to be able to make their first exchange of discovery documents. As such, the Parties' experts will simply have no meaningful opportunity to review the relevant documents exchanged by the Parties that will form the basis of any opinion that they could provide in this matter before they are required to prepare and exchange their reports.

As such, and in light of the above-noted August 21, 2020 deadline, the Parties have met and conferred about this issue and agreed that good cause exists to extend each of the outstanding deadlines included in the Court's Scheduling Order (ECF No. 21) for a period of six (6) months.

### III.  RELIEF REQUESTED

The Parties respectfully request that each of the below deadlines included in the Court's Scheduling Order (ECF No. 21) be modified as follows:

| Event | Former Deadline | Revised Deadline |
|---|---|---|
| Disclosure of plaintiff's expert witnesses | August 21, 2020 | February 19, 2021 |
| Disclosure of defendant's expert witnesses | September 18, 2020 | March 19, 2021 |
| Disclosure of rebuttal witnesses | October 16, 2020 | April 16, 2021 |
| Early Motion for Summary Judgment Deadline | October 30, 2020 | April 30, 2021 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2) | January 22, 2021 | July 23, 2021 |
| Discovery (including meet-and-confer meetings) completed by | January 29, 2021 | July 30, 2021 |
| Last date to serve responses to interrogatories and responses to requests for production, and to take depositions; target date for scheduling settlement conference of attorneys | January 29, 2021 | July 30, 2021 |
| Dispositive Motion Deadline | February 26, 2021 | August 27, 2021 |

STIPULATED MOTION TO MODIFY SCHEDULING ORDER
(2:19-CV-01819) - 3

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3  DATED this 14th day of August, 2020.

4

5

6  K&L GATES LLP                                          MILLER NASH GRAHAM & DUNN LLP

7  By /s/ Ryan W. Edmondson                               By /s/ Daniel J. Oates

   Pam Kohli Jacobson, WSBA No. 31810                     Daniel J. Oates, WSBA No. 39334
8  Ryan W. Edmondson, WSBA No. 41651                      Vanessa L. Wheeler, WSBA No. 48205
   Michael W. Meredith, WSBA No. 45264                    Kent Michael Fandel, WSBA No. 16281
9  K&L GATES LLP                                          MILLER NASH GRAHAM & DUNN LLP
   925 4th Ave., Suite 2900                               Pier 70, 2801 Alaskan Way, Suite 300
10 Seattle, WA 98104                                      Seattle, WA 98121 Tel: (206) 624-8300
   Phone: (206) 370-7605                                  dan.oates@millernash.com
11 pam.jacobson@klgates.com                               vanessa.wheeler@millernash.com
12 ryan.edmondson@klgates.com                             michael.fandel@millernash.com
   michael.meredith@klgates.com
13
                                                          *Attorneys for Defendant*
14 *Attorneys for Plaintiff*                              *The Mountaineers*
   *Mountaineers Foundation*
15

16

17

18  PURSUANT TO STIPULATION, IT IS SO ORDERED

19

20  DATED:_____8-14-2020_____

21

22                                                        _____Theresa L. Fricke_____
                                                          Honorable Judge Theresa L Fricke
                                                          United States Magistrate Judge
23

24

25

26

STIPULATED MOTION TO MODIFY SCHEDULING ORDER
(2:19-CV-01819) - 4

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022