Honorable Judge Theresa L Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOUNTAINEERS FOUNDATION, a
Washington public benefit corporation,

Plaintiff,

v.

THE MOUNTAINEERS, a Washington
non-profit corporation,

Defendant.

No.: 2:19-cv-01819-RSL-TLF

STIPULATED MOTION TO
MODIFY SCHEDULING ORDER

NOTE ON MOTION CALENDAR:
JANUARY 26, 2021

## I.  INTRODUCTION

Pursuant to Fed. R. Civ. P. 16(b)(4), Plaintiff Mountaineers Foundation ("Plaintiff" or "The Foundation") and Defendant The Mountaineers ("Defendant" or "The Mountaineers") (collectively, the "Parties") respectfully request that the Court extend each of the outstanding deadlines included in the Court's Scheduling Order (ECF No. 62) for a period of sixty (60) days in light of the unique and ongoing impact that the spread of the novel coronavirus continues to have on this case and the Parties' recent agreement to mediate their dispute.

## II.  BACKGROUND AND GROUNDS FOR RELIEF

On August 14, 2020, following the state-wide spread of the COVID-19 virus and the issuance of Washington Governor Jay Inslee's "Stay Home, Stay Healthy" order (the "Governor's Order"), the Parties filed a motion to extend all outstanding deadlines in this case for a period of

STIPULATED MOTION TO MODIFY SCHEDULING ORDER
(2:19-CV-01819) - 1

six (6) months based, in part, on the assumption that it would be safe to continue their ongoing in-person discovery efforts within that six month period. That assumption was proven to be incorrect. As of the date of this writing, the virus continues to present a threat to the health and safety of Washingtonians, especially those over the age of 65; the Governor's Order was extended on three occasions; and state-wide restrictions on non-essential gatherings are still in effect.  While these events have, no doubt,  presented challenges in every case, this dispute has been uniquely affected. Much of this case will turn on the testimony of individuals who were present on the date of the formation of the Mountaineers Foundation in 1968. These individuals, due to their age, are especially vulnerable to the virus. Moreover, many relevant witness in the present dispute have disabilities, such as blindness, that prevent even 'virtual' or computer-assisted depositions from being conducted without multiple third-party facilitators providing in-person assistance, a practice prohibited by many assisted-living facilities. As a result, only one individual has been deposed to date. Similar challenges have been presented by relevant documents that were created contemporaneously with the Mountaineers Foundation in 1968, many of which were never digitized and are likely held in the personal records of elderly individuals uniquely susceptible to the virus. As a result, and out of an abundance of caution, many of these physical records, that would require in-person review and duplication, have not yet been inspected.

Nevertheless, the Parties have been working diligently to pursue discovery using all available electronic means and, over the past six months, have exchanged three rounds of discovery requests. Based on a review of the electronic records exchanged to date, the Parties have also been able to meaningfully assess the strength of their claims and make significant steps towards settlement. Indeed, within the past week, the Parties have agreed to mediate the present dispute, selected a mediator to assist in their discussions, and intend to pursue mediation in March, 2021. These recent developments, and the limitations on further meaningful discovery imposed by the ongoing effects of the coronavirus pandemic, have important implications for the Parties' upcoming deadlines to submit their expert reports, the first of which falls on February 19, 2021.

STIPULATED MOTION TO MODIFY SCHEDULING ORDER
(2:19-CV-01819) - 2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

Without an opportunity to review relevant discovery, the usefulness of the Parties' expert reports to the resolution of this matter will be unnecessarily limited. The same is true with respect to the Parties' ongoing good faith efforts at settlement and mediation that would be unduly constrained by the Parties' obligation to meet a number of contemporaneous deadlines that are presently included in the Court's Scheduling Order.

As such, in light of the above-noted February 19, 2021 deadline and unforeseen developments over the past six months, the Parties have met and conferred about this issue and agreed that good cause exists to extend each of the outstanding deadlines included in the Court's Scheduling Order (ECF No. 62) for a period of sixty (60) days.

### III.   RELIEF REQUESTED

The Parties respectfully request that each of the below deadlines included in the Court's Scheduling Order (ECF No. 62) be modified as follows:

| Event | Former Deadline | Revised Deadline |
|---|---|---|
| Disclosure of plaintiff's expert witnesses | February 19, 2021 | April 20, 2021 |
| Disclosure of defendant's expert witnesses | March 19, 2021 | May 18, 2021 |
| Disclosure of rebuttal witnesses | April 16, 2021 | June 15, 2021 |
| Early Motion for Summary Judgment Deadline | April 30, 2021 | June 29, 2021 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2) | July 23, 2021 | September 21, 2021 |
| Discovery (including meet-and-confer meetings) completed by | July 30, 2021 | September 29, 2021 |
| Last date to serve responses to interrogatories and responses to requests for production, and to take depositions; target date for scheduling settlement conference of attorneys | July 30, 2021 | September 29, 2021 |
| Dispositive Motion Deadline | August 27, 2021 | October 26, 2021 |

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3   DATED this 26th day of January, 2021.

4

5

6       K&L GATES LLP                              MILLER NASH GRAHAM & DUNN LLP

7       By */s/ Michael W. Meredith*               By */s/ Daniel J. Oates*

8       Pam Kohli Jacobson,  WSBA No. 31810        Daniel J. Oates, WSBA No. 39334
        Ryan W. Edmondson, WSBA No. 41651          Vanessa L. Wheeler, WSBA No. 48205
9       Michael W. Meredith, WSBA No.              Kent Michael Fandel, WSBA No. 16281
        45264 K&L GATES LLP                        MILLER NASH GRAHAM & DUNN LLP
10      925 4th Ave., Suite 2900                   Pier 70, 2801 Alaskan Way, Suite 300
        Seattle, WA 98104                          Seattle, WA 98121 Tel: (206) 624-8300
11      Phone:  (206) 370-7605                     dan.oates@millernash.com
        pam.jacobson@klgates.com                   vanessa.wheeler@millernash.com
12      ryan.edmondson@klgates.com                 michael.fandel@millernash.com
        michael.meredith@klgates.com
13
                                                   *Attorneys for Defendant*
14      *Attorneys for Plaintiff*                  *The Mountaineers*
        *Mountaineers Foundation*
15

16

17

18   PURSUANT TO STIPULATION, IT IS SO ORDERED

19
20   DATED:_____   1-26-2021

21                                                 _____

22                                                 Honorable Judge Theresa L Fricke
                                                   United States Magistrate Judge
23

24

25

26

STIPULATED MOTION TO MODIFY SCHEDULING ORDER
(2:19-CV-01819) - 4