UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOUNTAINEERS FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>THE MOUNTAINEERS,<br><br>Defendant. | Case No. C19-1819RSL-TLF<br><br>ORDER SETTING TRO<br>BRIEFING SCHEDULE |

On May 19, 2023, defendant The Mountaineers filed a motion for a temporary restraining order, asking the Court to "maintain the *status quo ante*" and restrain plaintiff from taking any actions that would impair, hinder, or prevent defendant from accessing and using the Kitsap Forest Preserve as necessary to host its summer theatrical productions at the Kitsap Forest Theater, pending the Court's ruling on the parties' motions for summary judgment. Dkt. # 139. On May 20, 2023, plaintiff The Mountaineers Foundation filed a notice of intent to oppose the temporary restraining order. Dkt. # 144.

Given that defendant's summer theatrical productions are scheduled to begin on Sunday, May 28, 2023 (with a dress rehearsal scheduled for Saturday, May 27, 2023), *see* Dkt. # 139 at 5, the Court asks plaintiff to file its response by 5:00 pm today, May 22, 2023. As the parties have already thoroughly briefed the merits of the easement issue, the Court asks plaintiff to focus its response on why it will be harmed by allowing the access requested, particularly given the timing and circumstances of the upcoming scheduled performances. Defendant may file a reply if it wishes by 12:00 pm Tuesday, May 23, 2023.

ORDER SETTING TRO BRIEFING SCHEDULE - 1

IT IS SO ORDERED.

DATED this 22nd day of May, 2023.

_____
Robert S. Lasnik
United States District Judge

ORDER SETTING TRO BRIEFING SCHEDULE - 2