The Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOUNTAINEERS FOUNDATION, a Washington public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE MOUNTAINEERS, a Washington non-profit corporation,<br><br>Defendant. | No. 2:19-cv-01819-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Plaintiff and Counter-Defendant Mountaineers Foundation, and Defendant and Counter-Plaintiff The Mountaineers (collectively, the "Parties") by and through their respective undersigned counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is and shall be dismissed with prejudice, including all claims and counterclaims, with each party to bear its own attorneys' fees and costs, and with the Court retaining jurisdiction to enforce the terms of its Orders, the Parties' agreement, and to resolve any pending motions..



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 370 7605
FACSIMILE: +1 206 623 7022

SO STIPULATED this 14th day of February, 2024 by:

K&L GATES LLP

By: /s/ Pam Kohli Jacobson
Pam Kohli Jacobson, WSBA No. 31810
Ryan W. Edmondson, WSBA No. 41651
Michael W. Meredith, WSBA No. 45264
K&L GATES LLP
925 Fourth Avenue
Suite 2900
Seattle, Washington 98104-1158
Phone: (206) 370-7605
Pam.Jacobson@klgates.com
Ryan.Edmondson@klgates.com
Michael.Meredith@klgates.com

*Attorneys for Plaintiff Mountaineers Foundation*

MILLER NASH LLP

By: /s/ Daniel J. Oates
K. Michael Fandel, WSBA No. 16281
Daniel J. Oates, WSBA No. 39334
Lane R. Conrad, WSBA No. 59287
MILLER NASH LLP
605 5th Avenue S, Suite 900
Seattle, WA 98104
Phone: (206) 624-8300
Fax: (206) 340-9599
michael.fandel@millernash.com
dan.oates@millernash.com
lane.conrad@millernash.com

*Attorneys for Defendant The Mountaineers*



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 370 7605
FACSIMILE: +1 206 623 7022

Based on the above Stipulation, IT IS SO ORDERED.

Dated this 16th day of February, 2024.

ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 370 7605
FACSIMILE: +1 206 623 7022